UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MANSOUR TALA,

    Petitioner,

V.                                                  Case No. 6:14-cv-719-Orl-37KRS

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

    Respondent.

_____/

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Defendant United States Citizenship and Immigration Services ("USCIS"), and Plaintiff Mansour Tala ("Tala," and with USCIS, the "Parties"), through counsel, stipulate to dismiss the above-captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

In earlier administrative proceedings, Tala petitioned USCIS to amend the date of birth on his certificate of naturalization.  After USCIS denied that application, Tala brought this action seeking an order compelling USCIS to amend the date of birth on Tala's certificate of naturalization.  USCIS has now, on its own motion, reopened and granted Tala's application and has issued Tala an amended certificate of naturalization with Tala's corrected date of birth.

This action is, therefore, moot.  Accordingly, the Parties stipulate to dismiss this action without prejudice.  The parties further stipulate to bear their own costs and fees, including those under the Equal Access to Justice Act and any other provision of law.

| | |
|---|---|
| Dated: December 1, 2014 | Respectfully submitted, |
| DAVINA S. TALA, ESQ. | JOYCE R. BRANDA<br>Acting Assistant Attorney General |
| */s/ Davina S. Tala* | Civil Division |
| DAVINA S. TALA | |
| 230 Longshore Drive | WILLIAM C. PEACHEY |
| Jupiter, Florida 33458 | Director |
| (954) 465-4314 | Office of Immigration Litigation |
| (954) 434-3900 (facsimile) | District Court Section |
| Email: davina78db@yahoo.com | |
| | JEFFREY S. ROBINS |
| ATTORNEYS FOR PETITIONER | Assistant Director |
| | */s/ Hans H. Chen* |
| | HANS H. CHEN |
| | Trial Attorney |
| | U.S. Department of Justice, Civil Division |
| | Office of Immigration Litigation |
| | District Court Section |
| | P.O. Box 868, Ben Franklin Station |
| | Washington, DC 20044 |
| | (202) 307-4469 |
| | (202) 305-7000 (facsimile) |
| | hans.h.chen@usdoj.gov |
| | ATTORNEYS FOR RESPONDENT |

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2014, I filed the foregoing document and all exhibits and attachments thereto with the Clerk of the Court through the Court's ECF system and that the foregoing document will be served electronically upon registered participants identified on the Notice of Electronic Filing and in the service list below.

Dated:  December 1, 2014         */s/ Hans H. Chen*
                                                HANS H. CHEN
                                                Trial Attorney
                                                United States Department of Justice
                                                Civil Division
                                                Office of Immigration Litigation
                                                District Court Section

                                                ATTORNEYS FOR RESPONDENT

## **SERVICE LIST**

DAVINA S. TALA, ESQ.
230 Longshore Drive
Jupiter, Florida 33458
(954) 465-4314
(954) 434-3900 (facsimile)
davina78db@yahoo.com